# UNITED STATES DISTRICT COURT

for the

District of South Carolina

| | | |
|---|---|---|
| Shannon Wayne Kappel, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.    6:16-cv-01556-TMC |
| Commissioner Social Security Administration, | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ __ ), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the Commissioner's decision is affirmed.


This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Timothy M. Cain.


Date:    September 28, 2017                              *ROBIN L. BLUME, CLERK OF COURT*


                                                          s/Ashley Buckingham, Deputy Clerk
                                                          _____
                                                          *Signature of Clerk or Deputy Clerk*